

Khonsu Enterprise LLC
853 E Lamar Blvd Suite 256
Arlington , Tx 76011
817-205-1470

To Whom this may concern,

My name is Alex Wright and I am the owner of Khonsu Enterprise LLC. We are an underground utility infrastructure construction company whose primary customer is TXDot

I would like to speak about how we see Abraham here. Abraham Nicanor has been an essential part of our team for three years now. He has grown with our company from being hired on as a directional drill operator , and through dependability, hard work and dedication, advanced the ranks becoming one of our best project managers. He has continued to be a stellar employee going above and beyond in every aspect.

We are fully aware of all his court proceedings and continue to support him. Since Abraham has been limited to Houston, his inability to travel has been extremely detrimental to our operations. We are eagerly awaiting for him to be off house arrest as we are not based in Houston and the majority of our work is throughout the state.

Since Mr. Nicanor has been limited to Harris County, We have tried our best to pick up work in the area to sustain his employment. Part of his employment he has been maintaining multiple dental clinic offices in Harris county. The clinic requested service at 1611 Spencer Hwy where there was an issue with a restroom. Mr Nicanor found the facility overflowing and deemed it an emergency to get this issue repaired.I feel it was Mr Nicanor's strive for excellence that has gotten him in this predicament now. As the work took longer than anticipated to get repaired.

I am willing to personally guarantee his full and complete cooperation with any further proceedings and court dates. He will be able to take the time off to check in or return for court when necessary while still retaining his position with us. Do note that the severity of the accusations against Abraham have not been taken lightly on our part. But because of his persistence to strive for excellence with his work, we are willing to go above and beyond to support Abraham in this time. I thank you for your time and deeply appreciate your consideration to have this young man return to work.If there are any questions or stipulations the phone number above is my personal cell that I can be reached at any time, do not hesitate to reach out.

Best Regards, Alex Wright